## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

April 18, 2025

_____

RESPONSE REQUESTED

_____

No.    25-1411,      <u>American Federation of State, County and Municipal v. SSA</u>
                          1:25-cv-00596-ELH

TO:     American Federation of State, County and Municipal Employees, AFL-CIO
          American Federation of Teachers
          Alliance for Retired Americans

RESPONSE DUE: On or before 3:00 pm on 04/21/2025

Response is required to the motion for stay and motion for temporary administrative stay on or before 3:00 pm on 04/21/2025.

Rachel Phillips, Deputy Clerk
804-916-2702