FILED: May 6, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1411
(1:25-cv-00596-ELH)
_____

AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL
EMPLOYEES, AFL-CIO; ALLIANCE FOR RETIRED AMERICANS;
AMERICAN FEDERATION OF TEACHERS

              Plaintiffs - Appellees

v.

SOCIAL SECURITY ADMINISTRATION; LELAND DUDEK, in his official
capacity as purported Acting Commissioner, Social Security Administration;
MIKE RUSSO, in his official capacity as Chief Information Officer, Social
Security Administration; ELON MUSK, in his official capacity as Senior Advisor
to the President and de facto head of DOGE; U.S. DOGE SERVICE; U.S. DOGE
SERVICE TEMPORARY ORGANIZATION; AMY GLEASON, in her official
capacity as DOGE Acting Administrator

              Defendants - Appellants

_____

O R D E R
_____

    A majority of judges in regular active service and not disqualified having

voted in a requested poll of the Court to grant initial hearing en banc on the merits

of this appeal,

IT IS ORDERED that initial hearing en banc is granted.

For the Court

/s/ Nwamaka Anowi, Clerk