IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFLCIO, et al.,<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>SOCIAL SECURITY ADMINISTRATION, et al.,<br><br>Defendants-Appellants. | No. 25-1411 |

**UNOPPOSED MOTION TO FILE CORRECTED SEALED VOLUME OF THE JOINT APPENDIX**

The appellants move, unopposed, to file a corrected version of the sealed volume of the parties' joint appendix filed on June 9, 2025 (Dkt. 34). The joint appendix consists of four volumes, and only the sealed volume, Volume IV (Dkt. 34), needs to be corrected. The original version of Volume IV contains pages that were out of order and that could, therefore, cause confusion for the Court. Any citations in the parties' briefs to the sealed volume will be to the corrected volume, the filing of which is requested by this motion.

Counsel for plaintiffs have indicated that they consent to and do not oppose this motion.

Therefore, appellants respectfully request that this motion be granted.

Respectfully submitted,

JACOB CHRISTENSEN

*s/ Jacob Christensen*
(202) 514-5048
*Attorney, Appellate Staff*
*Civil Division*
*U.S. Department of Justice*
*950 Pennsylvania Ave., NW*
*Room 7515*
*Washington, DC 20530*

JULY 2025

## CERTIFICATE OF COMPLIANCE

I certify that this motion satisfies the type-volume requirements set out in Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 127 words. This motion was prepared using Microsoft Word in Book Antiqua, 14-point font, a proportionally spaced typeface.

*s/ Jacob Christensen*
Jacob Christensen