FILED: July 9, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1411
(1:25-cv-00596-ELH)

_____

AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO; ALLIANCE FOR RETIRED AMERICANS; AMERICAN FEDERATION OF TEACHERS

        Plaintiffs - Appellees

v.

SOCIAL SECURITY ADMINISTRATION; FRANK BISIGNANO, in his official capacity as purported Commissioner, Social Security Administration; MIKE RUSSO, in his official capacity as Chief Information Officer, Social Security Administration; ELON MUSK, in his official capacity as Senior Advisor to the President and de facto head of DOGE; U.S. DOGE SERVICE; U.S. DOGE SERVICE TEMPORARY ORGANIZATION; AMY GLEASON, in her official capacity as DOGE Acting Administrator

        Defendants - Appellants

_____

O R D E R
_____

Upon consideration of the certificate of confidentiality, the court places appendix volume number IV under seal.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk